WR-83,402-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/4/2015 5:45:18 PM
Accepted 6/8/2015 8:15:25 AM
ABEL ACOSTA
CLERK

No._____

IN THE COURT OF CRIMINAL APPEALS

RECEIVED
COURT OF CRIMINAL APPEALS
6/8/2015
ABEL ACOSTA, CLERK

# In Re

# Noe Adame and Gilbert M. Zamora,

## *Relators, et al.*

## MOTION FOR LEAVE TO FILE
## PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

NOW COMES Noe Adame and Gilbert M. Zamora, *et al.*, Relators in this case, by and through their petitioners, Keith S. Hampton and Walter M. 'Skip" Reaves, and pursuant to Rule 72.1 of the Texas Rules of Appellate Procedure, moves for leave to file this *Petition for Writ of Mandamus.*

WHEREFORE, PREMISES CONSIDERED, Relator prays that his *Motion for Leave to File Petition for Writ of Mandamus,* his be in all things **GRANTED**.

Respectfully submitted,

**KEITH S. HAMPTON**
State Bar No. 08873230
1103 Nueces Street
Austin, Texas 78701
(512) 476-8484 (o)
(512) 477-3580 (f)
(512) 762-6170 (c)
*keithshampton@gmail.com*

WALTER M. 'SKIP' REAVES JR.
100 N. 6th St., Suite 802
Waco, Texas  76701
254-296-0020 (o)
877-726-4411 (f)
walterreaves@att.net
State Bar No. 16644200

*PETITIONERS FOR RELATORS*

**CERTIFICATE OF SERVICE**:  By my signature above, I hereby certify that a true and correct copy of the above and foregoing, *Motion for Leave to File Petition for Writ of Mandamus*, has been delivered to the following parties and interested persons: electronically to  presidingjudge3@wilco.org, and personally to John Lewis on this day, June 4, 2015.